Clifford S. Davidson, OSB No. 125378
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for oVio Technologies, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RAY KLEIN, INC.,<br>dba Professional Credit Service,<br><br>      Plaintiff,<br><br>   v.<br><br>OVIO TECHNOLOGIES, INC.,<br><br>      Defendant. | Case No. 3:19-cv-02090-HZ<br><br>oVio Technologies, Inc.'s<br><br>CORPORATE DISCLOSURE STATEMENT |

oVio Technologies, Inc. states that there is no corporation to disclose pursuant to Fed. R. Civ. P. 7.1.

Dated this 10th day of February, 2020.

SUSSMAN SHANK LLP


By  /s/ Clifford S. Davidson
    Clifford S. Davidson, OSB No. 125378
    (503) 227-1111
    Attorneys for Defendant oVio Technologies, Inc.

Page 1 – CORPORATE DISCLOSURE STATEMENT