**David C. Campbell, OSB #032816**
David.Campbell@lewisbrisbois.com
**Iain M. R. Armstrong, OSB #142735**
Iain.Armstrong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Software Technology Group, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE,**<br><br>              Plaintiff,<br><br>      v.<br><br>**OVIO TECHNOLOGIES, INC.,**<br><br>              Defendant and Third-Party Plaintiff<br><br>      v.<br><br>**SOFTWARE TECHNOLOGY GROUP, INC.,** an Oregon corporation,<br><br>              Third-Party Defendant. | Case No. 3:19-cv-02090-HZ<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the stipulation below, and the Court being fully advised herein:

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii)

4822-0946-0171.1
STIPULATED JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

and Fed. R. Civ. P. 41(a)(2), that this action—including all claims, counterclaims, third-party claims and affirmative defenses—are dismissed in their entirety, with prejudice, and without costs or fees to any party.

DATED: _____

 

_____
Hon. Marco A. Hernández
U.S. District Court Judge

**IT IS SO STIPULATED:**

DATED: 10/05/20                                           /s/ Justin E. Murphy
Justin E. Murphy, OSB #195532
jmurphy@professionalcredit.com
Attorneys for Plaintiff Ray Klein,
Inc. dba Professional Credit Service

DATED: 10/05/20                                           /s/ Clifford S. Davidson
Clifford S. Davidson, OSB #125378
csdavidson@swlaw.com
Attorneys for Defendant/Third-Party
Plaintiff oVio Technologies, Inc.

DATED: 10/05/20                                           /s/ David C. Campbell
David C. Campbell, OSB #032816
David.Campbell@lewisbrisbois.com
Attorneys for Third-Party Defendant
Software Technology Group, Inc.

4822-0946-0171.1
STIPULATED JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE
2

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801