**David C. Campbell, OSB #032816**
David.Campbell@lewisbrisbois.com
**Iain M. R. Armstrong, OSB #142735**
Iain.Armstrong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Software Technology Group, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RAY KLEIN, INC., dba PROFESSIONAL CREDIT SERVICE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**OVIO TECHNOLOGIES, INC.,**<br><br>        Defendant and Third-Party Plaintiff<br><br>    v.<br><br>**SOFTWARE TECHNOLOGY GROUP, INC.,** an Oregon corporation,<br><br>        Third-Party Defendant. | Case No. 3:19-cv-02090-HZ<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the stipulation below, and the Court being fully advised herein:

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii)

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

and Fed. R. Civ. P. 41(a)(2), that this action—including all claims, counterclaims, third-party

claims and affirmative defenses—are dismissed in their entirety, with prejudice, and without

costs or fees to any party.

DATED: _____October 9, 2020_____


_____
Hon. Marco A. Hernández
U.S. District Court Judge



**IT IS SO STIPULATED:**


DATED: _____10/05/20_____          _____/s/ Justin E. Murphy_____
                                   Justin E. Murphy, OSB #195532
                                   jmurphy@professionalcredit.com
                                   Attorneys for Plaintiff Ray Klein,
                                   Inc. dba Professional Credit Service



DATED: _____10/05/20_____          _____/s/ Clifford S. Davidson_____
                                   Clifford S. Davidson, OSB #125378
                                   csdavidson@swlaw.com
                                   Attorneys for Defendant/Third-Party
                                   Plaintiff oVio Technologies, Inc.



DATED: _____10/05/20_____          _____/s/ David C. Campbell_____
                                   David C. Campbell, OSB #032816
                                   David.Campbell@lewisbrisbois.com
                                   Attorneys for Third-Party Defendant
                                   Software Technology Group, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801